**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-19-05022-GF-JTJ** |
| **Plaintiff,** | **VIOLATION:** |
| | **6564881** |
| **vs.** | **Location Code: M13** |
| **JONATHAN Y. SOONG,** | **ORDER** |
| **Defendant.** | |

Based upon the United States' motion to accept the defendant's payment of an $73 fine for violation 6564881, and for good cause shown,

IT IS ORDERED that the $73 fine ($43 fine, $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 6564881.

IT IS FURTHER ORDERED that the initial appearance scheduled for February 7, 2019, is VACATED.

DATED this 4th day of February, 2019.

John Johnston
United States Magistrate Judge